
Mag. Wells

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC X. RAMBERT,                             :   CIVIL ACTION
a/k/a IMAN KHALIL WALI ALLAH                 :
        Petitioner                  :
   v.                                        :   FILED
                                             :   JUL 20 2011
DAVID A. VARANO, et al.,                     :   MICHAEL E. KUNZ, Clerk
        Respondent                  :   By_____ Dep. Clerk   NO. 11-3612

## ORDER

AND NOW, this 19a day of July, 2011, upon consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, *no objections having been timely filed*, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. This Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is TRANSFERRED to the United States District Court for the Middle District of Pennsylvania, in accordance with 28 U.S.C. § 2241(d);

3. Based upon the Magistrate Judge's determination that the within petition should be transferred to another venue, Petitioner has failed to show a denial of any constitutional right, thus, a certificate of appealability shall not be issued; and

4. If in its possession, the Clerk of Court shall transmit the original record to the United States District Court for the Middle District of Pennsylvania.

IT IS SO ORDERED.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.